**FILED**

**JUN 08 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-CR-00420-005 LJO |
| Plaintiff, ) | ORDER OF RELEASE |
| vs. ) | |
| LORENA VALENCIA, ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on June 8, 2015.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: June 8, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1